742

No. 101. Cowen v. Heinze, Warden. October 14, 1946. Petition for writ of certiorari to the Supreme Court of California denied. *Elizabeth Cassidy* for petitioner. *Robert W. Kenny*, Attorney General of California, for respondent.

No. 112. Waller v. Northern Pacific Terminal Co. October 14, 1946. Petition for writ of certiorari to the Supreme Court of Oregon denied. *Frank C. Hanley* for petitioner.

No. 122. Brown v. Ragen, Warden. October 14, 1946. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 132. United States ex rel. Russo v. Nierstheimer, Warden. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Wm. Scott Stewart* for petitioner. *George F. Barrett*, Attorney General of Illinois, and *William C. Wines*, Assistant Attorney General, for respondent.

No. 134. Antonelli Fireworks Co., Inc. et al. v. United States. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *William J. Maloney* for petitioners. *Solicitor General McGrath, W. Marvin Smith, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.